# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VS50 | E 2178905 | S. Hatfield | 5166 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/12/2026  0940
Offense Charged: 38 CFR 1.218(b)(18)  (CFR)
Place of Offense: 200 Veterans Ave Beckley, WV — Audiology Clinic

Offense Description: Factual Basis for Charge
Unauthorized Introduction on VA Controlled Property of Alcoholic Beverages

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Campbell
First Name: Jeffrey
MI: S

Vehicle: WV  2021  Chevrolet Silverado  Grey

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See Instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 110 N. Heber St #119, Beckley, WV 25801
Date: 02/09/2026
Time: 1000 am

X Defendant Signature: [signed]

Original - CVB Copy

*E2178905*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/21/2026 9:19